```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
COMPUDYNE CORPORATION and WILLIAM
BLAIR MEZZANINE CAPITAL FUND II, L.P.,

                Plaintiffs,

05 CIVIL 4300 (RWS)

-against-

**JUDGMENT**

HILARY L. SHANE, FIRST NEW YORK
SECURITIES, LLC, FNY MILLENNIUM
PARTNERS, LP and FNY CAPITAL CORP.,
                Defendants.
------------------------------------------------------------X

        Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Robert W. Sweet, United States District Judge, and the Court, on July 17, 2007, having rendered its Bar Order directing the Clerk of the Court to enter final judgment as to First New York Securities, LLC, FNY Millenium Partners, L.P. and FNY Capital Corp. (together, the "FNY Defendants") pursuant to Fed. R. Civ. P. 54(b) that there is no just reason for delay, dismissing any and all claims, cross-claims, counterclaims and third party complaints against the FNY defendants, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Bar Order dated July 17, 2007, there is no just reason for delay, pursuant to Fed. R. Civ. P. 54(b), final judgment is entered as to the FNY Defendants dismissing any and all claims, cross-claims, counterclaims and third party complaints against the FNY defendants.

Dated: New York, New York
         July 25, 2007

                                    **J. MICHAEL McMAHON**
                                        Clerk of Court

                    BY:
                                        Deputy Clerk

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____