UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X

COMPUDYNE CORP., et al

        Plaintiffs,

   -against-

HILARY L. SHANE,

        Defendant.

--------------------------------X

ECF Case

Civil Action No.
05-cv-4300 (RWS)

STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE
PURSUANT TO F. R. CIV.
PRO. 41(a)(1)(A)(ii)

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and the only remaining Defendant in this action, Hilary Shane, that the above-captioned action is voluntarily dismissed with prejudice and without costs pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

Dated:    New York, New York
           November 14, 2008

KLAFTER OLSEN & LESSER LLP

By: _____
   Jeffrey A. Klafter (JK-0953)

1311 Mamaroneck Avenue
Suite 220
White Plains, New York 10605
(914) 997-5656

*Attorneys for Plaintiffs*

LITMAN, ASCHE & GIOIELLA, LLP

By: _____
   Richard Asche (RA-7081)

45 Broadway Atrium
New York, New York 10006
(212) 809-4500

*Attorneys for Defendant Hilary Shane*